UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: REED, ALEX K | § Case No. 11-83897 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG                              , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 10/15/2012 in Courtroom 3100, United States Courthouse, 327 S. Church Stret
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Dated: 08/28/2012          By: /s/MEGAN G. HEEG
                               Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

| | |
|---|---|
| In re: REED, ALEX K | § Case No. 11-83897 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 12,557.12 |
| *and approved disbursements of* | $ 233.53 |
| *leaving a balance on hand of* [1] | $ 12,323.59 |
| **Balance on hand:** | $ 12,323.59 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 12,323.59 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 2,005.71 | 0.00 | 2,005.71 |
| Trustee, Expenses - MEGAN G. HEEG | 28.24 | 0.00 | 28.24 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 495.00 | 0.00 | 495.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 72.50 | 0.00 | 72.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,601.45 |
| Remaining balance: | $ 9,722.14 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

       Total to be paid for prior chapter administrative expenses: $   0.00
       Remaining balance: $   9,722.14

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

       Total to be paid for priority claims: $   0.00
       Remaining balance: $   9,722.14

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

       Total to be paid for timely general unsecured claims: $   0.00
       Remaining balance: $   9,722.14

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 26,110.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 37.2 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Lynn Mershon, D. O. Ltd. | 393.00 | 0.00 | 146.33 |
| 2 | Orthopedic & Spine Surgery | 25,717.00 | 0.00 | 9,575.81 |

Total to be paid for tardy general unsecured claims: $ 9,722.14
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-83897-MB
Alex K Reed                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez           Page 1 of 2           Date Rcvd: Sep 07, 2012
                              Form ID: pdf006         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2012.
db          +Alex K Reed,   407 Edward Street,   Sycamore, IL 60178-2117
17753216    +ATG Credit, LLC,   P.O.Box 14895,   Chicago, IL 60614-8542
17753215     Associated Imaging Specialists,   1121 Lake Cook Road,   Suite M,   Deerfield, IL 60015-5234
17753217    +Dependicare,   2425 Bethany Road,   Sycamore, IL 60178-3165
17753218     Hospitalist Medicine Consultants,   P.O.Box 967,   Tinley Park, IL 60477-0967
17753219    +Lynn Mershon, D. O. Ltd.,   1990 Larkin Avenue,   Suite 3,   Elgin, IL 60123-5827
17753220    +Orthopedic & Spine Surgery,   2350 Royal Boulevard,   Suite 200,   Elgin, IL 60123-4718
17753221    +Pingree Grove & Countryide,   P.O.Box 1368,   Elmhurst, IL 60126-8368
17753222     Professional Medical Collection Agency,   P.O.Box 1463,   Northbrook, IL 60065-1463
17753223     Raymond E. Clutts,   1111 North Plaza Drive,   Suite 405,   Schaumburg, IL 60173-4981
17753224    +River West Anes, SC,   P.O.Box 1123,   Jackson, MI 49204-1123
17753225    +Royal Physical & Occupational Therapy,   2350 Royal Boulevard,   Suite 700,
              Elgin, IL 60123-4727
17753226    +St. Joseph Hospital - Elgin, IL,   2870 Stoner Court, Suite 300,   North Liberty, IA 52317-8525
17753227    +Surgery Group SC,   1665 South Street,   Geneva, IL 60134-2571

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 09, 2012           Signature:** _Joseph Speetjens_

```
District/off: 0752-3          User: cshabez              Page 2 of 2           Date Rcvd: Sep 07, 2012
                              Form ID: pdf006            Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2012 at the address(es) listed below:
    Megan G Heeg  on behalf of Trustee Megan Heeg heeg@egblc.com
    Megan G Heeg  heeg@egblc.com, IL55@ecfcbis.com
    Patrick S Layng  USTPRegion11.MD.ECF@usdoj.gov
    Richard H. Schmack  on behalf of Debtor Alex Reed schmack@tbcnet.com
                                      TOTAL: 4